**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00305-CV**

_____

**D & K TRANSMISSION SPECIALTIES, INC., DARRELL WESTERKAMP, AND KELLY WESTERKAMP, Appellants**

**V.**

**F. MICHAEL DAVIS AND DEBORAH F. DAVIS, Appellees**

**On Appeal from the County Court at Law No. 2**
**Montgomery County, Texas**
**Trial Cause No. 14-28106 CV**

**ORDER**

D & K Transmission Specialties, Inc., Darrell Westerkamp, and Kelly Westerkamp, Appellants, filed a second emergency motion for suspension of enforcement of judgment and also sought suspension of a writ of possession. Appellants contend they filed a deposit in lieu of bond within ten days of the signing of the judgment, which they argue satisfies the requirements for suspension of enforcement of the judgment. *See* Tex. R. App. P. 24.1(c)(1)(B). Appellees

1

contend they asked the trial court to cause the writ of possession to issue because the trial court had not set the amount of the supersedeas bond within ten days of the signing of the judgment. *See* Tex. Prop. Code Ann. § 24.007(a) (West Supp. 2014). Appellants contend that they filed a motion with the trial court, asking the trial court exercise its continuing jurisdiction to set the amount of security. *See* Tex. R. App. P. 24.3. However, according to the Appellee, "on August 7, 2014, the trial court found that no supersedeas bond had been filed and issued a writ of possession." Neither party has provided this Court with a copy of any transcripts from any hearings, findings, if any, from the trial court, the respective motions or related documents they filed with the trial court, or a copy of the writ of possession. Liberally construed, Appellants' emergency motions seek appellate review of the trial court's ruling to allow a writ of possession to issue after the Appellants' paid $29,200.00 within 10 days of the judgment, by cashier's check, to the clerk of court.

The Court has determined that temporary relief is necessary to protect the parties' rights. *See* Tex. R. App. P. 24.4(c). It is, therefore, ORDERED that the writ of possession issued in Cause No. 14-28106 CV is STAYED until further order of this Court. *Id.*

The Appellees shall file a response to the Emergency Motions with this court no later than August 25, 2014.

ORDER ENTERED August 14, 2014.

PER CURIAM

Before Kreger, Horton, and Johnson, JJ.